**Appeal Dismissed and Memorandum Opinion filed July 9, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00245-CV

---

**LINDSEY BAGE, Appellant**

**V.**

**GALVESTON COUNTY SHERIFF HENRY TROCHESSET, ET AL.,**
**Appellees**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CV-0912**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed February 27, 2024. The court reporter indicated on April 15, 2024 that there was no reporter's record. The clerk's record was filed May 14, 2024. No brief was filed.

On June 14, 2024, we issued a notice stating that unless appellant filed a brief along with a motion requesting an extension of time on or before June 24, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See*

Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.